Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Stephanie M. Skees, Esq. (SBN 263962)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  mdean@deangazzo.com
         sskees@deangazzo.com

Attorneys for Defendants
City of Palm Desert, County of Riverside,
Riverside County Sheriff's Department, Steven
Nelson, Manuel Bustillos, and Michelle Ploesch

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. JORGENSEN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PALM DESERT, a municipal corporation; PALM DESERT POLICE DEPARTMENT; COUNTY OF RIVERSIDE; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; STEVEN NELSON, an individual; MANUEL BUSTILLOS, an individual; MICHELLE PLOESCH, an individual; and DOES 1-5, inclusive,<br><br>　　　　Defendant. | Case No.:  5:20-cv-01043-CBM-KKx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE  [JS-6]**<br><br>Courtroom:  8B<br>Judge:　　　Consuelo B. Marshall<br>Magistrate:  Kenly Kiya Kato<br><br>Complaint Filed:  May 19, 2020<br>Trial Date:　　　January 18, 2022 |

　　　Based on the stipulation of the parties, the Court hereby GRANTS the stipulation and ORDERS the following:

　　　1.　　Plaintiff's entire Second Amended Complaint (the operative complaint) against all defendants, including all causes of action alleged therein, is hereby dismissed with prejudice.

///

///

1

2. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: DECEMBER 16, 2021

_____
Honorable Consuelo B. Marshall
United States District Judge